# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORDAN WILLIAMS,

    Defendant.

Case No. 2:10-CR-00176-KJD-PAL

**ORDER**

Presently before the Court are the Objections (#69/70) of the parties to the Order and Findings and Recommendations (#68) of the magistrate judge.  Plaintiff's objections to the Report and Recommendation were filed on October 18, 2010. Defendant's response is due November 4, 2010.  Defendant Jordan Williams' objections were filed October 24, 2010.  Plaintiff's response is due November 10, 2010.  Jury trial in this action is set for November 8, 2010.  Calendar call is set for November 2, 2010.  Accordingly, the Court finds good cause to shorten the time to file responses to the objections.  Any response to an objection must be filed no later than Friday, October 29, 2010 at 4 P.M.   Any reply in support of the objection must be filed no later than Monday, November 1, 2010 at 12 P.M.

**IT IS SO ORDERED.**

    DATED this 28TH day of October 2010.


_____
Kent J. Dawson
United States District Judge