# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>                    Plaintiff,  )<br>          )<br>vs.         )<br>          )<br>JORDAN WILLIAMS,       )<br>          )<br>                    Defendant.  )<br>_____ ) | Case No. 2:10-cr-00176-KJD-PAL<br><br>**ORDER**<br><br>(Mot for Severance - Dkt. #53) |

Before the court is Defendant Williams' Motion for Severance to Maintain the Current Trial Setting (Dkt. #53).  The government filed a response (Dkt. #56) indicating the government had no objection to severing Williams' trial from the trial of his co-Defendant, Jessica Medina.  On October 12, 2010, the district judge continued the trial to November 8, 2010.  Thereafter, both Defendants filed a stipulation to continue the calendar call and trial date (Dkt. ##64, 65).  The district judge has granted both stipulations and given the Defendants different trial dates.  Accordingly,

**IT IS ORDERED** Defendant Williams' Motion (Dkt. #53) is **GRANTED** to the extent his trial is severed from the trial of his co-Defendant.

Dated this 26th day of October, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE