# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:10-CR-0176-KJD-PAL |
| v. | **ORDER** |
| JORDAN WILLIAMS, | |
|     Defendant. | |

    Before the Court for consideration is the Order and Report of Findings and Recommendation (#68) of Magistrate Judge Peggy A. Leen entered November 15, 2010, recommending that Defendant's Motion to Suppress Evidence (#27) be granted in part and denied in part.  Objections (#70) to the Magistrate Judge's Report and Recommendation were filed by Defendant Jordan Williams pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District Court of the District of Nevada.  The Government filed a response (#78) to Defendant's objections. The United States also filed Objections (#69) to which Defendant responded (#73).  The United States also filed a Motion to Strike (#74) Defendant's response.  Defendant opposed (#77) the motion to strike

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation

(#68) of the United States Magistrate Judge entered November 15, 2010, should be **ADOPTED in part** and **AFFIRMED in part**.

The Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's recommendation that the motion be denied with respect to firearms, firearm accessories, and paperwork showing ownership or possession of these items and paperwork and other items tending to establish ownership, occupancy or a possessory interest in the searched premises.  However, to the extent that the Magistrate Judge recommended that all other evidence be suppressed, the Court **GRANTS** Plaintiff's objections to the suppression of the evidence found in plain sight, the cocaine and marijuana.  See Coolidge v. N.H., 403 U.S. 443 (1971); U.S. v. Chester, 678 F.2d 1353 (9th Cir. 1982).

IT IS THEREFORE ORDERED that the Magistrate Judge's Report of Findings and Recommendation  (#68) entered November 15, 2010, are **ADOPTED in part** and **AFFIRMED in part**, and Defendant's Motion to Suppress Evidence (#27) is **GRANTED in part and DENIED in part**;

IT IS FURTHER ORDERED that the United States' Motion to Strike (#74) is **DENIED**.

DATED this 3rd day of November 2010.

_____
Kent J. Dawson
United States District Judge