

1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                )
                                             )
9                      Plaintiff,            )
                                             )
10         v.                                )        2:10-CR-176-KJD (PAL)
                                             )
11   JORDAN WILLIAMS,                        )
                                             )
12                      Defendant.           )
     _____)

13                      **FINAL ORDER OF FORFEITURE**

14         On November 12, 2010, the United States District Court for the District of Nevada entered

15   a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2);  Title 18, United

16   States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea

17   of guilty by defendant JORDAN WILLIAMS to criminal offense, forfeiting specific property alleged

18   in the Indictment and shown by the United States to have a requisite nexus to the offense to which

19   defendant JORDAN WILLIAMS pled guilty. #88.

20         This Court finds the United States of America published the notice of the forfeiture in

21   accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

22   consecutively from November 18, 2010 through December 17, 2010, notifying all known third parties

23   of their right to petition the Court. #98.

24         This Court finds no petition was filed herein by or on behalf of any person or entity and the

25   time for filing such petitions and claims has expired.

26   . . .

1    This Court finds no petitions are pending with regard to the assets named herein and the time

2    for presenting such petitions has expired.

3    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6    32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

7    2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

8    law:

9        (a)    a Mossberg Model 590 12 gauge shotgun, serial # T619743;

10       (b)    a Smith & Wesson, .38 caliber revolver, serial #DAD9642;

11       (c)    a Taurus .38 caliber revolver, serial # ZF53600;

12       (d)    Thirty-three (33) rounds of Gold Dot .38 caliber ammunition;

13       (e)    Two (2) rounds of Remington 12 gauge shotgun ammunition; and

14       (f)    any and all ammunition.

15   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

16   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

17   any income derived as a result of the United States of America's management of any property forfeited

18   herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

19   The Clerk is hereby directed to send copies of this Order to all counsel of record and three

20   certified copies to the United States Attorney's Office.

21   DATED this ___18___ day of ___March___, 2011.

22

23                                                UNITED STATES DISTRICT JUDGE

24

25

26

2